433 A.2d 109

Commonwealth v. Everett, Appellant.

Submitted November 14, 1980.   John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order of the lower court is affirmed.